## MILLER v. STATE.
### No. 24178.

Court of Criminal Appeals of Texas.
Dec. 1, 1948.

No appearance for appellant.

Ernest S. Goens, State's Atty., of Austin, for the State.

## BEAUCHAMP, Judge.

Appellant was convicted by a jury for the offense of selling whisky in a dry area. The punishment assessed is thirty days in jail and a $100 fine.

The transcript in the record contains no notice of appeal, hence this Court has no jurisdiction. The appeal is dismissed.